AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| United States of America<br>v.<br>CHRISTOPHER HAYMAN<br><br>Defendant | Case No. Mag. No. 25-mj-2060 (AMD) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* CHRISTOPHER HAYMAN,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1349: Conspiracy to Commit Bank Fraud, contrary to 18 U.S.C. § 1344

Date: 10/01/2025

*Issuing officer's signature*

City and state: Camden, New Jersey

Hon. Ann Marie Donio, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/1/2025, and the person was arrested on *(date)* 10/7/2025
at *(city and state)* Bellmawr, NJ.

Date: 10/7/2025

*Arresting officer's signature*

Quincy Craig, U.S. Postal Inspector
*Printed name and title*